COPY

1  John S. Curtis (Bar No. 50350)
   Email: jcurtis@azraellaw.net
2  **LAW OFFICES OF JULIA AZRAEL**
   5200 Lankershim Boulevard, Suite 850
3  North Hollywood, California 91601
   Telephone: (818) 766-5177
4  Facsimile: (818) 766-5047

5  Attorneys for Defendants
   MACY'S INC. and MACY'S DEPARTMENT
6  STORES INC.

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10 CARLOS A QUEVEDO, individually and    )  Case No. **CV09-1522 GAF (MANx)**
   on behalf of other persons similarly     )
11 situated,                                )  [Complaint Filed:    December 8, 2009]
                                            )  [FAC Filed:          January 21, 2009]
12              Plaintiff,                   )
                                            )  **DECLARATION OF JULIE AVINS**
13     vs.                                  )  **IN SUPPORT OF DEFENDANTS'**
                                            )  **REMOVAL OF ACTION UNDER 28**
14 MACY'S, INC.; MACY'S                     )  **U.S.C. §§1332, 1441, AND 1446**
   DEPARTMENT STORES, INC. and              )
15 DOES 1 through 10 inclusive,             )  **[Notice of Removal filed concurrently**
                                            )  **herewith.]**
16              Defendants.                 )
                                            )
17 _____    )

18                                          Discovery Cutoff:   None
                                            Motion Cutoff:      None
19                                          Trial Date:         None

20

21              **DECLARATION OF JULIE AVINS**

22

23     I, Julie Avins, hereby declare the following:

24

25     1.    I am employed as Vice President, Employee Relations, Labor Relations,

26 Health and Safety for Macy's West, an unincorporated subsidiary of Defendant

27 Macy's Department Stores, Inc.   I have personal knowledge of the facts set forth

28

FILED
2009 MAR -4 PM 12: 04
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT CALIF.
LOS ANGELES
BY _____

1  herein, which are known by me to be true and correct, and if called as a witness, I
2  could and would competently testify thereto.

3

4       2.      Macy's, Inc. is incorporated under the laws of the State of Delaware and
5  has its principal place of business in the State of Ohio.   Defendant Macy's
6  Department Stores, Inc. is incorporated under the laws of the State of Ohio and has its
7  principal place of business in the State of Ohio.

8

9       3.      In my position, I have access to Macy's employee information database,
10  including the employee information relating to California employees.   I regularly
11  request information from this database in the ordinary course of my job
12  responsibilities.   I was asked to identify the total number of California employees
13  whose employment with Macy's terminated during the time period from December 9,
14  2004 forward.  Due to Macy's acquisition of The May Department Stores Company
15  on August 30, 2005, I could not reliably obtain employee information for the
16  December 1, 2004 through June 30, 2006 time period.  I requested a report be run
17  against the employee information database to obtain the information for the July 1,
18  2006 through January 5, 2009 time period ("Partial Class Period").  According to the
19  report, approximately 88,000 Macy's employees in California terminated whether
20  voluntarily or involuntarily during the Partial Class Period.

21

22       4.      I was also asked to identify the applicable rate of pay for each identified
23  employee who terminated during the Partial Class Period.  Thus, I requested that each
24  terminated employee's hourly rate of pay (for hourly associates) or their annual salary
25  (for salaried executives) be retrieved as part of the report obtained from the employee
26  information database.

27

28

1    5.    Macy's employee information database does not maintain a "daily wage
2  rate" for each of its employees.  An employee's daily wage rate was computed by
3  either multiplying the employee's hourly rate of pay by eight (the number of hours in
4  a workday) or dividing the employee's annual salary by 260 (the number of workdays
5  in a year).

6

7    6.    Plaintiff alleges in his First Cause of Action that each putative class
8  member is "entitled to...a maximum of 30 days [wages]."  <u>See</u> paragraph 19 of
9  Plaintiff's First Amended Complaint.   (Defendants deny that any relief is
10  appropriate.)  Based solely on Plaintiff's allegations that waiting time penalties are
11  due (which Defendants deny), assuming that Plaintiff could prove that such a class is
12  appropriate for certification, if each putative class member recovered even one eight-
13  hour day of waiting time penalties for the claimed failure to timely pay wages upon
14  termination, the damages for the roughly 88,000 Macy's employees would, for the
15  Partial Class Period, be approximately $6.5 million, exclusive of interest, costs or
16  attorneys fees.

17
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

1    I declare under penalty of perjury under the laws of the United States of
2    America that the foregoing is true and correct.

3
4    Executed on February 27, 2009, at _Tarranca, CA._ .

5
6
7
8    _____
     Julie Avins
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Declaration of Julie Avins in Support of Defendants' Removal of Action

# PROOF OF SERVICE

STATE OF CALIFORNIA ⎱ ss.:
COUNTY OF LOS ANGELES ⎰

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 5200 Lankershim Boulevard, Suite 850, North Hollywood, California 91601.

On March 4, 2009, I served on interested parties in said action the within:

**DECLARATION OF JULIE AVINS IN SUPPORT OF DEFENDANTS' REMOVAL OF ACTION UNDER 28 U.S.C. §§1332, 1441, AND 1446**

**X** **BY MAIL:** By placing true copies thereof in sealed envelope(s) addressed as stated on the attached mailing list, and placing it for collection and mailing following ordinary business practices. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

____ **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be delivered to FedEx for delivery to the attached address(es).

____ **BY FAX:** I transmitted a copy of the foregoing document(s) this date via telecopier to the facsimile numbers shown above.

____ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the offices of the addressee(s).

____ **[State]** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**X** **[Federal]** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 4, 2009, at North Hollywood, California.

CHRISTINE M. TINKER
(Type or print name)

_Christine M. Tinker_
(Signature)

- 5 -
Declaration of Julie Avins in Support of Defendants' Removal

**Quevedo v. Macy's, Inc.; et al.**
**Case No.**

1

2

3   Shaun Setareh, Esq.                              Attorney for Plaintiff
    LAW OFFICE OF SHAUN SETAREH
    9454 Wilshire Bouleard, Penthouse Suite 3
4   Beverly Hills, California  90212

5   (310) 888-7771
    (310) 888-0109 – FAX
6

7   David E. Martin, Esq.                            [Courtesy Copy]
    Catherine E. Sison, Esq.
8   FEDERATED DEPARTMENT STORES, INC.
    Law Department
9   611 Olive Street, Suite 1750
    St. Louis, Missouri  63101-1799

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Julie Avins in Support of Defendants' Removal