John S. Curtis (State Bar No. 50350)
jcurtis@azraellaw.net
LAW OFFICES OF JULIA AZRAEL
5200 Lankershim Boulevard, Suite 850
North Hollywood, California 91601
818.766.5177 phone
818.766.5047 fax

Catherine E. Sison, *pro hac vice* admittee
Email: catherine.sison@macys.com
Suzanne Woodard, *pro hac vice* admittee
Email: suzanne.woodard@macys.com
Macy's Law Department
611 Olive Street, 10th Floor
Saint Louis, Missouri 63101
314.342.6715 phone
314.342.6066 fax

Attorneys for Defendants
Macy's Inc. and Macy's Department Stores Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS QUEVEDO, individually and on behalf of other persons similarly situated,<br><br>                    Plaintiffs,<br><br>vs.<br><br>MACY'S, INC.; MACY'S DEPARTMENT STORES, INC. and DOES 1 through 10 inclusive,<br><br>                    Defendants. | Case No. CV09-1522 GAF (MANx)<br><br>**NOTICE OF DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STRIKE**<br><br>Date of Hearing: July 13, 2009<br>Time of Hearing: 9:30 a.m.<br><br>Honorable Gary A. Feess |

/

/

/

TO THE PARTIES TO THE ABOVE-REFERENCED MATTER AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 13, 2009, at 9:30 a.m., or as soon thereafter as counsel may be heard in Courtroom 740 of the above-referenced court located at the Roybal Federal Building, 255 East Temple Street, Los Angeles, CA 90012, Defendants Macy's Inc. and Macy's Department Stores Inc. will move for an order dismissing or, in the alternative, striking certain claims in Plaintiff's Second Amended Complaint. This motion seeks the following relief—

(1) To dismiss and/or strike from Plaintiff's Second Amended Complaint all claims and allegations relating to unpaid wages and those claims that are dependent on Plaintiff's claims for unpaid wages including (a) the Second Cause of Action and (b) Plaintiff's request for attorney fees and interest under Labor Code §§ 218.5 and 218.6;

(2) To dismiss and/or strike any reference to former employees who voluntarily quit their employment with Macy's, whose final pay timing requirement is governed by Labor Code 202.

The motion will be based on this notice of motion, the supporting memorandum of points and authorities, the declaration of Catherine E. Sison and the pleadings on file in this case.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on June 8, 2009.

Date: June 11, 2009                By:         /s/
                                       Catherine E. Sison

# PROOF OF SERVICE
## STATE OF MISOURI, CITY OF ST. LOUIS

I am employed in the City of St. Louis; I am over the age of 18 years and am not a party to this action.

On the date below I served the following document(s) entitled **DECLARATION OF CATHERINE SISON IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS AND TO STRIKE** on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

Shaun Setareh, Esq.
LAW OFFICE OF SHAUN SETAREH
9454 Wilshire Blvd., Penthouse Suite #3
Beverly Hills, CA 90212
setarehlaw@sbcglobal.net

Mark R. Thierman
THIERMAN LAW FIRM
7287 Lakeside Dr.
Reno, NV 89511
laborlawyer@pacbell.net

[ ] BY MAIL: By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal Service with postage thereon fully prepaid in Saint Louis, Missouri, on the same day in the ordinary course of business. I am aware that on motion of the party service, service is presume invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] BY OVERNIGHT COURIER: I caused the above-referenced document(s) to be delivered to UPS for delivery to the above address(s).

[ ] BY FAX: I transmitted a copy of the foregoing document(s) this date via telecopier to the facsimile numbers shown above.

[ ] BY PERSONAL SERVICE: I caused such envelope to be delivered by hand to the offices of the addressee(s).

[ ] BY E-MAIL: I transmitted a copy of the foregoing document(s) this date via electronic mail to the e-mail addresses shown above. The document was served electronically and the transmission was reported as complete and without error.

[X] VIA CM/ECF: I transmitted a copy of the foregoing document(s) this date to the parties above by filing the documents with the Court, using the Case Management / Electronic Case Filing (CM/ECF) system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at 4:30 p.m. on JUNE 11, 2009 at St. Louis, Missouri.

DAVID KENDALL
Type or Print Name

_____
Signature

Notice of Defendants' Motion To Dismiss Or, In The Alternative, To Strike