John S. Curtis (Bar No. 50350)
Email: jcurtis@azraellaw.net
**LAW OFFICES OF JULIA AZRAEL**
5200 Lankershim Boulevard, Suite 850
North Hollywood, California 91601
Telephone: (818) 766-5177
Facsimile: (818) 766-5047

Attorneys for Defendants
MACY'S INC. and MACY'S DEPARTMENT STORES INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS A QUEVEDO, individually and on behalf of other persons similarly situated,<br><br>            Plaintiff,<br><br>      vs.<br><br>MACY'S, INC.; MACY'S DEPARTMENT STORES, INC. and DOES 1 through 10 inclusive,<br><br>            Defendants. | Case No. CV09-1522 GAF (MANx)<br><br>[Complaint Filed:   December 8, 2009]<br>[FAC Filed:              January 21, 2009]<br><br>**STIPULATION TO CONTINUE TRIAL DATE**<br><br>**Judge Gary Allen Feess**<br><br><br>Discovery Cutoff: None<br>Motion Cutoff:       None<br>Current Trial Date: July 6, 2010 |

The parties respectfully submit this Stipulation and a Proposed Order to continue the current trial date from July 6, 2010 to **July 20, 2010**. On October 26, 2009, the Court conducted a Scheduling Conference and set a trial date of July 6, 2010. Attorney Catherine Sison, who was at the conference, did not initially realize that the date selected by the Court conflicted with a pre-paid vacation scheduled with her family. She discovered the conflict before leaving the courtroom, but the Court was no longer in session. The problem was brought to the attention of the clerk who said that a stipulation and order would be necessary to change the trial date. Counsel are willing to accommodate Ms. Sison's pre-paid vacation

1 | with a brief continuance of two weeks. It is therefore respectfully requested that the trail
2 | date be continued briefly to July 20, 2010.

3

4 | Dated: October 29, 2009                LAW OFFICE OF SHAUN SETAREH, APC

5

6

7 | By: /s/ Shaun Setareh
    SHAUN SETAREH (SBN 204514)
    Attorney for Plaintiff CARLOS
8   QUEVEDO individually and all other
    parties similarly situated

9

10

11 | Dated: October 29, 2009                LAW OFFICES OF JULIA AZRAEL

12

13 | By: [signature]
    JOHN S. CURTIS (SBN 50350)
14  Attorneys for Defendants
    MACY'S INC. and MACY'S
15  DEPARTMENT STORES INC.

16
17
18
19
20
21
22
23
24
25
26
27
28