```
DENIED
BY ORDER OF THE COURT
```

Shaun Setareh SBN 204514
**LAW OFFICES OF SHAUN SETAREH**
9454 Wilshire Blvd., Suite 1940
Los Angeles, CA  90017
Tel:   (210) 250-3900
Tel:   (213) 250-9333
setarehlaw@sbcglobal.net

Mark R. Thierman SBN 72913, NSB 8285
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, NV 89511
Tel: (775) 284-1500 Fax: (775) 703-5027
Email: laborlawyer@pacbell.net

Attorneys for Plaintiffs

**THIERMAN LAW FIRM, PC**
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email laborlawyer@pacbell.net www.laborlawyer.net

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS A. QUEVEDO, individually and on behalf of other persons similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>MACY'S, INC., MACY'S DEPARTMENT STORES, INC. and DOES 1 through 10 inclusive,<br><br>    Defendant. | Case No.:  CV09-1522 GAF (MAN<br><br>**ORDER DENYING THE STIPULATION TO CONTINUE PLAINTIFF'S DEADLINE TO FILE A MOTION FOR CLASS CERTIFICATION** |

1  Pursuant to the stipulation between the parties, the Plaintiff may file his motion for
2  class certification no later than April 2, 2010.
3  **IT IS ORDERED.**

5  Dated: January 27, 2010
   _____

```
                              DENIED
                              BY ORDER OF THE COURT
```
Honorable Gary A. Feess

```
* FAILURE TO SHOW GOOD CAUSE FOR THE CONTINUANCE.
```

THIERMAN LAW FIRM, PC
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email laborlawyer@pacbell.net www.laborlawyer.net