Mark R. Thierman SBN 72913, NSB 8285
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, NV 89511
Tel: (775) 284-1500
Fax: (775) 703-5027
Email: laborlawyer@pacbell.net

Shaun Setareh SBN 204514
**LAW OFFICES OF SHAUN SETAREH**
9454 Wilshire Blvd., Penthouse 3
Beverly Hills, CA 90212
Tel:  (310) 888-7771
Fax :  (310) 888-0109
Email: setarehlaw@sbcglobal.net

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS A QUEVEDO, individually and on behalf of other persons similarly situated,<br><br>                Plaintiff,<br><br>        vs.<br><br>MACY'S, INC.; MACY'S DEPARTMENT STORES, INC. and DOES 1 through 10 inclusive,<br><br>                Defendants. | Case No.:  CV09-1522 GAF (MANx)<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION**<br><br>**FED. R. CIV. P. 23**<br><br>Hearing Date: March 29, 2010<br>Hearing Time: 9:30 a.m.<br>Location: Courtroom 740<br>Judge: Hon. Gary A. Feess |

---

Plaintiff's Notice of Motion and Motion for Class Certification                                     0

**NOTICE IF HEREBY GIVEN** that on March 29, 2010 at 9:30 a.m., or as soon thereafter as the matter may be heard, in the above-entitled court, Plaintiff will move the Court as follows:

1. To certify that this action is maintainable as a class action under Federal Rule of Civil Procedure Rule 23. To certify the following subclasses:

Sub-class A: Also called the "waiting penalties" or "203 class," is a three year class for violations which are actionable by the employees under Section 203(b) of the Labor Code only.

Subclass B: Also called the "PAGA class" is a one year subclass for additional penalties under Labor Code 256 which are actionable by way of the provisions of Labor Code Section 2699.

Sub-class C: Also called the "17200 class", is a four year class for violations which are actionable under the Business and Professions Code Section 17200. Defendant originally demurred as to this cause of action arguing Plaintiff only had a one year statute of limitations. However, this Court denied their motion.

2. To certify the named plaintiff as the representative of the class and his counsel of record as counsel for the class.

This motion is based on this Notice, the Memorandum of Points and Authorities and Declarations filed herewith and in support of this motion and the complete files and records of this action.

Dated February 16, 2010          RESPECTFULLY SUBMITTED:

**THIERMAN LAW FIRM**
**LAW OFFICES OF SHAUN SETAREH**

By:     //s//Mark R. Thierman
          Mark R. Thierman
          Attorney for Plaintiff