Mark R. Thierman SBN 72913, NSB 8285
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, NV 89511
Tel: (775) 284-1500 Fax: (775) 703-5027
Email: laborlawyer@pacbell.net

Shaun Setareh SBN 204514
**LAW OFFICES OF SHAUN SETAREH**
9454 Wilshire Blvd., Penthouse 3
Beverly Hills, CA 90212
Tel:  (310) 888-7771
Tel:  (310) 888-0109
Email: setarehlaw@sbcglobal.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS A. QUEVEDO, individually and on behalf of other persons similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MACY'S, INC., and MACY'S DEPARTMENT STORES, INC.;<br><br>    Defendants. | Case No.: CV09-1522 GAF (MANx)<br><br>**CLASS ACTION**<br><br>**DECLARATION OF GLENN PANNENBORG IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Date of Hearing: March 29, 2010<br>Time of Hearing: 09:30 a.m.<br>Courtroom: 740<br>Judge: Honorable Gary A. Feess |

Declaration of Glenn Pannenborg in Support of Plaintiff's Motion to Certify Class    1

I, Glenn Pannenborg, do hereby declare and state:

1. The following declaration is based upon my own personal observation and knowledge and if called upon to testify to the things contained herein, I could competently so testify.

2. I have over 20 years experience covering a broad array of financial and information technology skills, supported by a diverse industry background including construction, financial services, Internet, publishing, technology, and transportation services.

3. I hold a degree in Accounting from Thomas Edison College and I am a Certified Public Accountant (CPA).

4. I have experience as a consultant and as an expert in civil litigation. A true and correct copy of my resume is attached hereto as Exhibit "1." I have consulted in legal cases concerning commissions, overtime wages, minimum wages, unpaid wages, and contract disputes.

5. I have been provided with and analyzed data produced on an Excel database by the Defendant which is entitled "Data Extract from PeopleSoft Database Relating to Macy's Non-Commissioned Hourly Store Associates from December 9, 2007 forward."

6. Upon examining the data there are approximately 5,486 payments made after the last day worked, with payments made on average 12.10 days after the last day of work.

7. Upon further analysis and by restricting the summary to only payments including regular and overtime payments, there are still 2,348 payments made after the last day worked, with payments made on average 7 days after the last day worked.

8. A true and correct copy of a table I have prepared showing my analysis of the complete data extract provided by the Defendants entitled "Data Extract from PeopleSoft Database Relating to Macy's Non-Commissioned Hourly Store Associates from December 9, 2007 forward" is attached hereto as Exhibit "2." The first three columns are based on the three alternate dates provide by defendants, "Last day worked", "Termination date", and "Effective termination date", and tallying the number of final checks issued after those dates. The final column tallies only payments including regular or overtime wages based on "Last day worked".

///

///

///

9. I declare under penalty of perjury that it is true and correct.

Executed this 16th day of February, 2010 at Jersey City, New Jersey.

                                         /s/ Glenn Pannenborg
                                           Glenn Pannenborg

THIERMAN LAW FIRM, PC
7287 Lakeside Drive
Reno, NV 89511
(775) 284-1500 Fax (775) 703-5027
Email laborlawyer@pacbell.net www.laborlawyer.net

Exhibit 1

# Glenn Pannenborg, CPA

1 Congress St #A7
Jersey City, NJ 07307
(201) 984-4554
gpannenborg@speakeasy.net

Providing over 20 years experience and a broad array of financial and information technology skills supported by a diverse industry background including construction, financial services, internet, publishing, technology, and transportation industries.

Work Experience:

Private Practice 2004 – Present
Professional consulting practice focused primarily on forensic research and reporting for attorneys engaged in civil litigation.

Private Practice 2002-2003
Professional consulting practice providing management, financial, technology and information technology services to a variety of clients in investment banking, construction and social services industries.

Parlo Inc. New York, NY   2000-2002
Chief Financial Officer for an internet based language education institution.

MicroAge, New York, NY - 1998-2000
Regional Controller for a Fortune 500 computer and technology distributor and value added retailer.

Computer Mechanic New York, NY 1994-1998
Vice President of Finance for a computer and technology value added retailer.

McGraw Hill, Inc. New York, NY 1993-1994
Business Manager, Construction Publications Group

I/B/E/S Inc. New York, NY 1993
Financial Analyst performing project work for a prestigious financial publications and brokerage firm.

Arc & Spark Electrical Contractors Jersey City, NJ 1991-1992
Controller

United States Army 1987 – 1991 Military Occupational Specialty 11B3X(P)

National Retail Systems Secaucus, NJ 1984 – 1987
Staff Accountant for a national transportation and warehousing group.

Education:
Certified Public Accountant, NJ, 1997
B.S. Accounting, Thomas Edison College. 1994
Honors: National Merit Scholar

Exhibit 2

| Final checks issued * | Based on: | Last Day Worked | Termination date | Effective Date of Termination | Last Day Worked REG & OT Only |
|---|---|---|---|---|---|
| Check issued after termination | >0 | 5486 | 4341 | 2326 | 2348 |
| Check before termination | <0 | 954 | 1983 | 4595 | 659 |
| Check issued on termination date | =0 | 3145 | 3261 | 2738 | 1279 |
| No termination date provided | | 74 | 74 | 0 | |
| | Total | 9659 | 9659 | 9659 | 4286 |
| Mean difference in days between final check and termination where check is after termination | | 12.10 | 9.99 | 20.48 | 7.09 |