LINK: 56

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-1522 GAF (MANx) | Date | June 16, 2011 |
|---|---|---|---|
| Title | Carlos A Quevedo v. Macy's, Inc. et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| None | | None | |

**Proceedings:**     **(In Chambers)**

**ORDER RE:  PLAINTIFF'S RENEWED MOTION FOR CLASS CERTIFICATION**

     Plaintiff Carlos Quevedo ("Quevedo" or "Plaintiff") brings this putative class action against Macy's, Inc., and Macy's Department Stores, Inc. (collectively, "Macy's" or "Defendants") seeking redress for Macy's failure to timely pay all wages owed upon termination as required by California Labor Code sections 201 and 202.  (See generally Docket No. 23, Second Am. Compl. ("SAC").)  Pending before the Court is Plaintiff's renewed motion for class certification.  (Docket No. 56.)

     On June 16, 2011, the Court granted Defendants' motion to compel arbitration.  (Docket No. 69, 6/16/11 Order.)  The Order established that Plaintiff cannot pursue his claims in this Court.  (Id.)  Because Plaintiff cannot pursue his claims in this forum, he likewise cannot pursue his motion for class certification.  The Court therefore **DENIES** the motion for class certification.  The hearing on that motion currently scheduled for June 27, 2011, is **VACATED**.

     **IT IS SO ORDERED.**